UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

Kara Ann Nielsen,

Plaintiff,

vs.

NCO Financial Systems, Inc,
a Pennsylvania Corporation,

Defendant.

Court File No.:
01-CV-648 DWF/AJB

**STIPULATION OF DISMISSAL AND ORDER OF DISMISSAL**

The above-entitled matter having been fully compromised and settled, the parties hereto, through their undersigned respective counsel, hereby stipulate and agree that the same may in all respects may be dismissed with prejudice and without additional cost to either party and that the court may order dismissal as stated herein without further notice.

Date: 9/06/01

Erstad & Reimer

By: Thomas H. Schaefer (231587)
Attorneys for Defendant
8009 34th Ave. S., Suite 200
Minneapolis, MN 55425
952/896-3700

Date: August 31, 2001

Edward F. Rooney (9321X)
Attorney for Plaintiff
5001 Chowen Avenue South
Minneapolis, MN 55410
612/285-7621

**ORDER FOR DISMISSAL**

Based on the foregoing stipulation, the above-captioned matter is hereby dismissed in all respects with prejudice and without further cost to either party.

Date: Sept 7, 2001

Judge of U.S. District Court

FILED SEP 10 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________